COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-198-CV

MANUEL RODRIGUEZ D/B/A A&M CONCRETE APPELLANT

V.

JIM JOHNSON HOMES, INC. APPELLEE

----------

FROM THE 17
th
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the “ Motion By Appellant To Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.  
See
 
Tex. R. App. P
. 42.1(d).

PER CURIAM 

PANEL D: GARDNER, WALKER, and MCCOY, JJ.

DELIVERED: April 15, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.